## HOWELL v. WRIGHT DAIRY CO.

### (Supreme Court, Appellate Term. April 16, 1900.)

1. APPEAL—JURISDICTIONAL FACTS—RECORD.
    Where the record does not show that defendant is a domestic corporation having its principal place of business within the jurisdiction, and there is no evidence tending to show jurisdiction over the defendant, a judgment against such defendant must be reversed.
2. SAME—OBJECTIONS TO JURISDICTION.
    An objection that it nowhere appears in the record that the court had jurisdiction over the defendant may be taken for the first time on appeal.
3. COSTS ON APPEAL—OBJECTIONS TO JURISDICTION.
    Where an objection that the record does not show jurisdiction over the defendant is taken for the first time on appeal, the court will reverse a judgment against such defendant, and order a new trial, without awarding costs.

Appeal from municipal court, borough of Manhattan, Tenth district.

Action by Hattie Howell, an infant, etc., against the Wright Dairy Company. From a judgment in favor of plaintiff, defendant appeals. Reversed.

Argued before BEEKMAN, P. J., and GIEGERICH and O'GORMAN, JJ.

L. Hess, for appellant.
M. Meyer, for respondent.

PER CURIAM. The record does not show that the defendant is a domestic corporation having its principal place of business within the city of New York, nor is there any evidence whatsoever tending to show jurisdiction over the defendant. This is fatal to the judgment. Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319.

The objection was taken for the first time on this appeal. While this may be done, the court, in reversing the judgment and ordering a new trial, will do so, under these circumstances, without awarding costs. Willis v. Parker (Sup.; March 5, 1900) 62 N. Y. Supp. 1078.

Judgment reversed, and new trial ordered, without costs.